162 F.3d 1153
 United Food and Commercial Workers, Participating Food
Industry Employers Tri-State Health & Welfare Fund, Irv
String, J. Fred Maurer, Trustees and Fiduciaries of United
Food and Commercial Workers and Participating Food Industry
Employers Tri-State Welfare Fund
v.
Cinnaminson Supermarket, Inc., t/a Cinnaminson Shop N Bag,
Mark Basher, Gary Cuirlino, j/s/a; United Food and
Commercial Workers Local 56 Retail Meat
Pension Fund, Howard J.
Williams, J. Fred
 NO. 97-5227
 United States Court of Appeals,
Third Circuit.
 June 15, 1998
 
 Appeal From: D.N.J. ,Nos.95cv01445, 95cv02276 ,
 Simandle, J.,
 Irenas, J.
 
 
 1
 ,Nos.95cv01648, 95cv03000
 
 
 2
 Appeal Dismissed.